IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IGNACIO FIGEROA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV460 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TYSON FRESH MEATS, INC.,** | ) | |
| a subsidiary of TYSON FOODS, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Jerome Okolo to withdraw as counsel for the plaintiff (Filing No. 16). Mr. Okolo states he is relocating out of state to pursue opportunities outside the practice of law. There is no indication in the motion whether Mr. Okolo spoke to his client, nor does the certificate of service reflect it had been served on the plaintiff. The court will afford the plaintiff an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. Jerome Okolo's motion to withdraw (Filing No. 16) held in abeyance.

2. The plaintiff Ignacio Figeroa shall have to **on or before July 21, 2008**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

3. Jerome Okolo shall serve a copy of his motion and this order on the plaintiff and file a certificate of such service with the court.

DATED this 20th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge