IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGNACIO FIGEROA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV460 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TYSON FRESH MEATS, INC., | ) | |
| a subsidiary of TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Joint Stipulation for Plaintiff's Attorney to Withdraw (Filing No. 27).[1]  Vincent M. Ekeh seeks leave to withdraw and states the plaintiff Ignacio Figeroa agrees to the withdrawal due to unresolved issues between attorney and client.  Mr. Ekeh states he has provided a copy of the stipulation and all client files to Mr. Figeroa.  The court finds good cause exists for Mr. Ekeh's withdrawal pursuant to NEGenR 1.3(f).  Accordingly,

**IT IS ORDERED:**

1.   The Joint Stipulation for Plaintiff's Attorney to Withdraw (Filing No. 27) is adopted.

2.   Vincent M. Ekeh is granted leave to withdraw.  The Clerk of Court shall stop all electronic notice of this case to Mr. Ekeh.

3.   The plaintiff is hereby considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

4.   The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case.  This document also contains links to the Nebraska local rules.  The hyperlinked documents appear in blue underlined text.  Except with regard to the local rules, access to the hyperlinked material is subject to fees pursuant to user agreements.  The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

5. The Clerk of Court shall send a copy of this order to the plaintiff at his last known address:

>Ignacio Figeroa
>1309 Logan Street
>Norfolk, NE  68701

DATED this 10th day of September, 2008.

>BY THE COURT:
>
>s/Thomas D. Thalken
>United States Magistrate Judge